## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

FEDERAL INSURANCE COMPANY, an
Indiana Corporation, as subrogee of
SKIPPERLINER INDUSTRIES, INC.,

       Plaintiff,

vs.

**CASE NO. 5:10cv92/RS-EMT**

ALL ABOARD CRUISE & TOW, INC.,
d/b/a TOWBOAT U.S. CARRABELLE,
a Florida Corporation,

       Defendant.
_____

ALL ABOARD CRUISE & TOW, INC.,

       Third Party Plaintiff,

vs.

THE NAPLES 306 LLC, a Wisconsin
Limited Liability Company, and SKIPPERLINER
INDUSTRIES, INC., a Wisconsin Corporation,

       Third Party Defendants.
_____/

## **ORDER**

The relief requested by All Aboard Cruise & Tow, Inc.'s Response To Order To Show Cause (Doc. 23) is **granted**.

**ORDERED** on September 22, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**