**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


GERARD M. VIRGA, JR. and his wife,
DENISE VIRGA,

       Plaintiffs,

vs.                                   CASE NO. 5:10cv242/RS-EMT

CSPS METAL, INC., a California
corporation; WAL-MART STORES,
INC. d/b/a SAM'S CLUB; SAM'S EAST,
INC.; and SAM'S CLUB,

       Defendants.
_____/


<u>**ORDER**</u>

      Before me is the Report Of Parties' Planning Meeting (Doc. 13). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date.

      **IT IS ORDERED** that the parties shall file an amended joint report not later than November 18, 2010, with dates consistent with a discovery deadline of March 15, 2011, and jury trial on May 23, 2011, or June 6, 2011.


      **ORDERED** on November 8, 2010.


                      /S/ Richard Smoak_____
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**