IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FEDERAL INSURANCE COMPANY,**
an Indiana Corporation, as subrogee of
Skipperline Industries, Inc.,

    **Plaintiff,**

vs.                                              **CASE NO. 5:10-cv-92/RS-EMT**

**ALL ABOARD CRUISE & TOW, INC.,**
d/b/a TOWBOAT U.S. CARRABELLE,
a Florida Corporation

    **Defendant.**

_____

**ALL ABOARD CRUISE & TOW, INC.,**
Third Party Plaintiff,

**v.**

**THE NAPLES 306 LLC,** a Wisconsin
Limited Liability Company, and
**SKIPPERLINER INDUSTRIES, INC.,** A
Wisconsin Corporation,

    **Third Party Defendants.**

_____/

## **ORDER**

The relief requested in Defendant's Motion for Enlargement of Time to Respond to Plaintiff/Counter-Defendant's Motion to Dismiss Counterclaim (Doc. 35) is **GRANTED**. Defendant shall file its response not later than December 3, 2010.

**ORDERED** on November 29, 2010

                                          <u>/S/ Richard Smoak</u>
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**